### Genevieve WOLF,
Employee/Respondent,

v.

### ST. LOUIS COUNTY,
Employer/Appellant,

and

### Division of Employment Security,
Respondent.

#### No. ED 86328.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 21, 2006.

Carl W. Becker, Clayton, MO, for appellant.

**160**

Marilyn Green, Cynthia Quetsch, Jefferson City, MO, Charles W. Bobinette, St. Louis, MO, for respondents.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY and BOOKER T. SHAW, JJ.

**ORDER**

PER CURIAM.

The employer, St. Louis County, appeals from an order of the Labor and Industrial Relations Commission finding the claimant, Genevieve Wolf, eligible for unemployment benefits. The order of the Labor and Industrial Relations Commission is supported by competent and substantial evidence on the whole record. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order. We affirm the order of the Labor and Industrial Relations Commission pursuant to Rule 84.16(b)(4).